CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 6 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS JEFFERSON, | ) | Civil Action No. 7:11-cv-00397 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By:   Hon. Jackson L. Kiser |
|    Respondent. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 6th day of January, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge